FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D18-1817
_____

LONNIE BARNES RAMEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.
_____


On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

September 6, 2018


PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lonnie Barnes Ramey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.